[No. 4932–1.   Division One.   February 21, 1978.]

THE CITY OF BLAINE, *Respondent,* v. WILLIAM F. SCHNEIDER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9101, Byron L. Swedberg, J., entered July 16, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5156–1.   Division One.   February 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES R. McQUEARY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7825, Robert C. Bibb, J., entered October 18, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5197–1.   Division One.   February 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED HALL FARRINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75926, Horton Smith, J., entered October 25, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5414–1.   Division One.   February 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND BECKLES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 78040, William C. Goodloe, J., entered February 17, 1977. *Affirmed* by unpublished per curiam opinion.